UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOD CARRIERS LOCAL 166 PENSION TRUST FUND, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>JAMES ISLAND PLASTERING, INC., a California Corporation; and IRVING G. JAMES, an individual<br><br>        Defendants.<br>_____/ | No. C-14-3132 EMC<br><br>**SUPPLEMENTAL BRIEFING ORDER** |

On January 8, 2015, Plaintiff Trust Funds filed a motion for default judgment against Defendants James Island Plastering, Inc., and Irving G. James, an individual. Docket No. 17. Trust Funds contend that the Court should hold Mr. James personally liable for any award of unpaid fringe benefits or other damages the Court may find James Island Plastering owes the Trust Funds. Trust Funds are hereby **ORDERED** to submit supplemental authorities and evidence in support of their contention that Mr. James may held personally liable for the debts of James Island. For instance, Trust Funds may wish to

///

///

///

///

///

///

submit evidence of the corporate structure of James Island. Such supplemental materials shall be filed no later than **Monday, February 16, 2015.**

     IT IS SO ORDERED.

Dated: February 11, 2015

                                                                    _____

                                                                      EDWARD M. CHEN

                                                                      United States District Judge